# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943  
Fax (414) 271-9344  
info@chapter13milwaukee.com

740 N. Plankinton Avenue  
Suite 400  
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court  
126 U S Courthouse  
517 E. Wisconsin Ave.  
Milwaukee, WI 53202

RE: DBTR: PHILLIP A. THALMAN  
     CASE NO: 05-33087-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056907 which replaces check # 1054056 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

**Mary B. Grossman**
**Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

July 30, 2009

SunTrust Bank   64-79/611

No. 1054056

PAY** One Hundred Nine... ...Dollars... ...Cen...
TO THE ORDER OF

AMOUNT *****191.42*

00009310
RADIOLOGY ASSOC. OF MILWAUKEE
3633 NORTH 124TH STREET
MILWAUKEE, WI 53222

VOID AFTER October 28, 2009

VOID  VOID  VOID

⑆1054056⑆ ⑉061100790⑉ 0000005751771⑉

Mary B. Grossman, Chapter 13 Trustee        Check No. 1054056
Pay to: 00009310 RADIOLOGY ASSOC. OF MILWAUKEE
   Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-33087-JES | 013-0 | PHILIP A. THALMAN | 71197687-7197687002 | 1,213.85 | 191.42 | 0.00 | 191.42 |



Void
UCF